UNITED STATES DISTRICT COURT
DISTRICT OF Ohio

UNITED STATES OF AMERICA,

                  Plaintiff

-v-                                    2:23-cv-157

$63,205.00 U.S. Currency,

                  Defendant

FILED
RICHARD W. NAGEL
CLERK OF COURT
2023 APR -3 PM 2:57
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV. COLUMBUS

## VERIFIED CLAIM

Brian Thomas states:

1. I am a person of interest in this case, which has as a subject $$63,205.00 U.S..00 U.S. Currency

2. I assert an interest in the defendant property to the extent of $9,500

3. The reason I assert an interest in the defendant property is that I am the true owner of the property subject to the instant complaint.

4. As such no one else has rights to this property except for me.

5. I am represented in this case by Attorney Geoffrey G Nathan of Boston who has an address of 132 Boylston St., Boston, MA 02116 email address nathanlaw@earthlink.net telephone 617-472-5775. Mr. Nathan also represents Justin Schlitt

6. during the course of these proceedings both myself and Justin Schlitt twice, through our attorney, told Miss Matthews at DEA forfeiture division that Brian Thomas was the true owner of these monies. This was during Covid and for whatever reason this

    communication was not effective.

7. Nonetheless I intend to adopt a settlement of this case that has been offered to return $9500 through our attorney, balance forfeited to the government

Signed under the pains and penalties of perjury this __30__ Day of 3/30/2023

*Brian Thomas* (signature)
Brian Thomas