UNITED STATES DISTRICT COURT
DISTRICT OF Ohio

UNITED STATES OF AMERICA,

                Plaintiff

-v-                                           23-cv-157

$36,205.00 U.S. Currency ,

                Defendant

Notice of intervention and interested person & ANSWER TO COMPLAINT

Brian Thomas notices the court of his interested person status and moves to intervene and to answer the complaint filed in this case.

Brian Thomas states that he is represented by Attorney Geoffrey G Nathan of Boston Massachusetts who has a Massachusetts Board of bar overseers number 552110, and has a United States postal mailing address of: nathanlaw offices, 132 Boylston St., Boston, MA 02116 and email address nathanlaw@earthlink.net telephone 617-472-5775

Brian Thomas ANSWER the complaint as follows:

paragraphs 1-6 admitted

paragraphs 7-31 admitted in part denied in part

I am an interested person in this case because I am the true owner of the money that was being carried on the person of Justin Schlitt and I intend to adopt a settlement offer that has been relayed to my attorney

        DATED:    3/30/2023

                                                                   _/s/ Brian Thomas_  Brian Thomas

UNITED STATES DISTRICT COURT
DISTRICT OF Ohio

UNITED STATES OF AMERICA,

                      Plaintiff

-v-                                                 2:23-cv-157

$63,205.00 U.S. Currency ,

                      Defendant

## NOTCE TO WITHDRAW CLAIM

JUSTIN SCHLITT states:

1. I am NO LONGER a person of interest in this case, which has as a subject $$63,205.00 U.S..00 U.S. Currency

2. I no longer assert an interest in the defendant property

3. The reason I relinquish an interest in the defendant property is that I am not the true owner of the property subject to the instant complaint.

4. Brian Thomas has all rights to this property.

5. I am represented in this case by Attorney Geoffrey G Nathan of Boston who has an address of 132 Boylston St., Boston, MA 02116 email address nathanlaw@earthlink.net telephone 617-472-5775. Mr. Nathan also represents Brian Thomas

Signed under the pains and penalties of perjury this _____Day of 3/30/2023

*Justin Schlitt*
Justin Schlitt